# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, CHARLESTON WATERKEEPER, AMERICAN RIVERS, CHATTAHOOCHEE RIVERKEEPER, CLEAN WATER ACTION, DEFENDERS OF WILDLIFE, FRIENDS OF THE RAPPAHANNOCK, NORTH CAROLINA COASTAL FEDERATION, and NORTH CAROLINA WILDLIFE FEDERATION, ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 2:18-cv-330-DCN |
| ) v. ) ) | |
| E. SCOTT PRUITT, in his official capacity as Administrator of the U.S. Environmental Protection Agency; the U.S. ENVIRONMENTAL PROTECTION AGENCY; R.D. JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works; and the U.S ARMY CORPS OF ENGINEERS, ) ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| AMERICAN FARM BUREAU FEDERATION, AMERICAN FOREST & PAPER ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, AMERICAN ROAD AND TRANSPORTATION BUILDERS ASSOCIATION, LEADING BUILDERS OF AMERICA, MATAGORDA COUNTY FARM BUREAU, NATIONAL ALLIANCE OF FOREST OWNERS, NATIONAL ASSOCIATION OF HOME BUILDERS, NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL CATTLEMEN'S BEEF ASSOCIATION, NATIONAL CORN GROWERS ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

```
ASSOCIATION, NATIONAL MINING       )
ASSOCIATION, NATIONAL PORK         )
PRODUCERS COUNCIL, NATIONAL        )
STONE, SAND AND GRAVEL             )
ASSOCIATION, PUBLIC LANDS          )
COUNCIL, TEXAS FARM BUREAU,        )
U.S. POULTRY & EGG ASSOCIATION     )
                                   )
            Intervenor-Defendants. )
_____ )
```

The parties have consulted and agreed upon proposed deadlines in this case and respectfully request the Court to enter the following schedule:

- May 16/18, 2018:   The U.S. shall file the Administrative Record.

- May 25, 2018:   Plaintiffs shall file their motion for summary judgment.

- June 22, 2018:   The U.S. shall file its response/cross-motion for summary judgment.

- July 6, 2018:   Intervenors shall file their brief supporting the U.S.

- July 20, 2018:   Plaintiffs shall file their response/reply brief.

- August 10, 2018:   The U.S. shall file its reply brief.

Respectfully submitted this 15th day of May, 2018.

| | |
|---|---|
| Frank S. Holleman III | /s/ J. Blanding Holman IV |
| D.S.C. Bar No. 1911 | D.S.C. Bar No. 9805 |
| fholleman@selcnc.org | bholman@selcsc.org |
| Geoffrey R. Gisler | Southern Environmental Law Center |
| Admitted Pro Hac Vice | 463 King Street, Suite B |
| ggisler@selcnc.org | Charleston, SC 29403 |
| Southern Environmental Law Center | Telephone:  (843) 720-5270 |
| 601 West Rosemary Street, Suite 220 | |
| Chapel Hill, NC  27516-2356 | Attorneys for Plaintiffs |
| Telephone:  (919) 967-1450 | |

2