## APPEAL TRANSMITTAL SHEET (non-death penalty)

<table>
<tr><td><b>Transmittal to 4CCA of notice of appeal filed:</b> 08/23/18<br><br>___ First NOA in Case<br>___ Subsequent NOA-same party<br>✓ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA  ___ Paper Supp.<br>Vols: _____<br>Other: _____</td><td><b>District:</b><br>South Carolina<br><b>Division:</b><br>Charleston<br><b>Caption:</b><br>South Carolina Coastal Conservation League et al<br>v.<br>Pruitt et al</td><td><b>District Case No.:</b><br>2:18-cv-00330-DCN<br><b>4CCA No(s). for any prior NOA:</b><br>18-1964<br><b>4CCA Case Manager:</b><br>Kirsten Hancock</td></tr>
</table>

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

<table>
<tr><td><b>Confinement</b>-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br><b>Defendant Address-</b>Criminal Case:</td><td><b>Fee Status:</b><br>✓ No fee required (USA appeal)  ___ Appeal fees paid in full  ___ Fee not paid<br><b>Criminal Cases:</b><br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br><b>Civil, Habeas & 2255 Cases:</b><br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)</td></tr>
<tr><td><b>District Judge:</b><br>David C. Norton</td><td><b>PLRA Cases:</b><br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)</td></tr>
<tr><td><b>Court Reporter</b> (list all):<br>Debbie Potocki<br><br><b>Coordinator:</b> Peppa Caskey</td><td><b>Sealed Status</b> (check all that apply):<br>___ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal</td></tr>
</table>

<table>
<tr><td><b>Record Status for Pro Se Appeals</b> (check any applicable):<br>___ Assembled electronic record transmitted<br>___ Additional sealed record emailed to 4cca-filing<br>___ Paper record or supplement shipped to 4CCA<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other:</td><td><b>Record Status for Counseled Appeals</b> (check any applicable):<br>✓ Assembled electronic record available if requested<br>___ Additional sealed record available if requested<br>___ Paper record or supplement available if requested<br>___ No in-court hearings held<br>✓ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other:</td></tr>
</table>

Deputy Clerk: J. Bryan    Phone: 843-579-1437    Date: 08/24/18

01/2012