IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, CHARLESTON WATERKEEPER, AMERICAN RIVERS, CHATTAHOOCHEE RIVERKEEPER, CLEAN WATER ACTION, DEFENDERS OF WILDLIFE, FRIENDS OF THE RAPPAHANNOCK, NORTH CAROLINA COASTAL FEDERATION, and NORTH CAROLINA WILDLIFE FEDERATION | |
| Plaintiffs, | No. 2-18-cv-330-DCN |
| v. | |
| E. SCOTT PRUITT, as Administrator of the United States Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; R.D. JAMES, as Assistant Secretary of the Army for Civil Works; and UNITED STATES ARMY CORPS OF ENGINEERS | **ORDER** |
| Defendants, | |
| AMERICAN FARM BUREAU FEDERATION, et al., | |
| Intervenor-Defendants | |

The court **GRANTS** environmental plaintiffs' motion for clarification or reconsideration, ECF No. 72. The court's August 16, 2018 order on the parties' motions for summary judgment vacates the suspension rule <u>and</u> provides the remedy of a nationwide injunction of the rule. ECF No. 66. To the extent that there is any confusion regarding the remedy provided in the court's order, the court clarifies that it **GRANTS** summary judgment for environmental plaintiffs, **DENIES** the government's cross-motion

1

for summary judgment, **VACATES** the Suspension Rule, and **ENJOINS** the Suspension Rule nationwide.

The court **DENIES** intervenor-defendants' motion to stay judgment pending appeal, ECF No. 70, and **DENIES** the government's motion to stay judgment pending appeal, ECF No. 74.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**December 4, 2018**
**Charleston, South Carolina**